No. 2509. *Ex parte* JULIUS WILLIAMS. November Term, 1889. Order refusing to discharge a convict in the penitentiary under proceedings by *habeas corpus*. The grounds of the application were the same as his grounds of appeal. See *ante*, p. 123. Order PER CURIAM, December 12, 1889.

No. 2511. HARMAN *v.* TOWN COUNCIL OF LEXINGTON. November Term, 1889. Order of December 20, 1889, PER CURIAM refusing a motion to reinstate an appeal which had been dismissed for want of prosecution under Rule 11.

No. 2512. STATE *v.* JONES. November Term, 1889. 1. Where the sheriff produces the prisoner before the court, it is immaterial to inquire whether the writ of *habeas corpus* was properly issued by the clerk of the Circuit Court, under order of the Chief Justice granting the application for the writ.

2. The solicitor cannot dispense with the presence of the prisoner before the court on his application for bail under *writ of habeas corpus*, unless the prisoner himself waives his right to be present.

3. Trial justices may discharge absolutely under *habeas corpus* proceedings in proper cases, but a judge can only discharge on bail.

4. No evidence being produced to show that the truth of the charge of murder is evident or the presumption great, bail was granted.

PER CURIAM, January 7, 1890. *J. E. Davis*, for petitioner. *Skinner & Williams*, for the State.

No. 2518. SULLIVAN *v.* LATIMER. November Term, 1889. This was a motion to dismiss the appeal in this case. The motion was refused, the court saying they regarded the appeal from Judge Hudson's order as proper to be heard. See the case, *ante*, 281. Order PER CURIAM January 22, 1890.

No. 2519. WADE *v.* COUCH. November Term, 1889. Appeal dismissed, no points and authorities having been filed as required by the rules. See Rules 8 and 11. Order PER CURIAM January 24, 1890.